AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Shopsmith IP Holdings LLC
*Plaintiff*
v.
Spectracomp Comms. Corp. et al.
*Defendant*

Case No. 3:26-cv-00333-MJN-CHG

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Spectracomp Comms. Corp. and Al Hussain .

Date: 11/19/2026

/s/ Matthew J. Schonauer
*Attorney's signature*

Matthew J. Schonauer 0086361
*Printed name and bar number*

Brennan, Manna & Diamond, LLC
41 S. High Street
Suite 3750
Columbus, OH 43215
*Address*

mjschonauer@bmdllc.com
*E-mail address*

(614) 246-7000
*Telephone number*

(614) 246-5790
*FAX number*