**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Shopsmith IP Holdings LLC,<br><br>Plaintiff<br><br>v.<br><br>Spectracomp Comms. Corp., *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00333<br><br>Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to S.D. Ohio Civ. R. 7.3, the defendants, Spectracomp Comms. Corp. and Mr. Hussain ("Spectracomp"), by and through their undersigned counsel, hereby respectfully moves the Court for an additional twenty-one (21) day extension of time in which to move or otherwise plead in response to the Complaint filed by the plaintiff, Shopsmith IP Holdings LLC ("Plaintiff"). In support of this motion, Spectracomp states as follows:

1. Plaintiff filed a Complaint on September 3, 2026.
2. The original deadline for Spectracomp to move or otherwise plead in response to the Complaint was November 2, 2026.
3. Pursuant to a stipulated extension entered by the parties under S.D. Ohio Civ. R. 6.1(a), Spectracomp's current deadline to move or otherwise plead in response to the Complaint is November 23, 2026.
4. The stipulated extension extended Spectracomp's deadline by 21 days, which is the maximum aggregate extension available by stipulation under S.D. Ohio

Civ. R. 6.1(a). Because Spectracomp has already obtained the full stipulated extension permitted by the Rule, any additional extension requires the approval of the Court.

5. Undersigned counsel was recently retained and appeared in this case on behalf of Spectracomp on November 19, 2026.

6. Spectracomp respectfully requests an additional twenty-one (21) day extension, up to and including December 14, 2026, in which to file a motion in response to the Complaint or any responsive pleading.

7. Good cause exists for the requested extension. Spectracomp requires additional time to pursue a nonjudicial resolution, complete its evaluation of the Complaint and the accompanying registrations and exhibits, and to prepare and finalize its response. This motion is made in good faith and not for the purpose of delay, and no party will be prejudiced by the requested extension.

8. This motion seeks to extend only the time to move or plead in response to the Complaint and does not seek to extend the time to respond to any motion, Court order, or other deadline.

9. In accordance with S.D. Ohio Civ. R. 7.3(a), undersigned counsel for Spectracomp consulted with counsel for Plaintiff regarding the requested extension, and Plaintiff's counsel consented to the relief sought.

10. A proposed order granting the requested relief is submitted herewith in accordance with S.D. Ohio Civ. R. 7.3(a).

Respectfully submitted,

Date: 23 November 2026

/s/ Matthew J. Schonauer
Matthew J. Schonauer (0086361)
**Brennan, Manna & Diamond, LLC**
41 South High Street
Suite 3750
Columbus, Ohio 43215
T. (614) 246-7000
F. (614) 246-5790
*mjschonauer@bmdllc.com*

*Attorney for defendants*