**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Shopsmith IP Holdings LLC,<br><br>Plaintiff<br><br>v.<br><br>Spectracomp Comms. Corp., *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00333<br><br>Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

# ORDER

This matter is before the Court on Defendant Spectracomp Comm. Corp. and Mr. Hussain's Unopposed Motion for Extension of Time to Move or Plead. For good cause shown, and the motion being unopposed, the motion is GRANTED. The defendants shall move or otherwise plead in response to the Complaint on or before December 14, 2026.

IT IS SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

or

______________________________
UNITED STATES MAGISTRATE JUDGE